**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH K. KLOTZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:19-cr-00366-DGK-1 |

**ORDER GRANTING UNOPPOSED MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

On August 6, 2021, Defendant pleaded guilty to Conspiracy to Distribute 100 Grams or More of Heroin and 50 Grams or More of Methamphetamine Mixture (Count I) and Possession of Firearms in Furtherance of a Drug Trafficking Crime. On April 22, 2022, the Court sentenced Defendant to 151 months on Count I and 60 months on Count 2, to run consecutively to Count 1, for a total of 211 months.

Now before the Court is Defendant's Unopposed Motion to Reduce Sentence pursuant to Amendment 821 of the Sentencing Guidelines and 18 U.S.C. § 3582(c)(2). ECF No. 52. For the following reasons, the motion is GRANTED.

The parties agree that Defendant is eligible for a sentence reduction pursuant to Sentencing Guidelines Amendment 821 and 18 U.S.C. § 3582(c)(2). At the time of sentencing, Defendant's total criminal history score under the then-existing Guidelines was 8, which resulted in a criminal history category IV and a Guidelines range of 151 to 188 months, plus 60 months consecutive on Count 2. The parties also agree that, pursuant to Amendment 821, the total criminal history score is now 6, yielding a criminal history category of III and an amended Guidelines range of 135 to 168 months, plus 50 months consecutive on Count 2.

The parties agree and stipulate that a reasonable sentence pursuant to the amended Guidelines would be consecutive sentences of 135 months on Count 1 and 60 months on Count 2, for a total term of 195 months, sixteen months less than the originally imposed sentence.

The Court also notes Defendant expressly waives his right to appeal his modified sentence, directly or collaterally. He also expressly waives his right to a full hearing on his sentence modification and his right to appear in person at that hearing. Defendant further waives any right he may have had to seek any further sentence modifications or reductions from the district court, including but not limited to the right to invoke any of the factors set forth in 18 U.S.C. § 3553(a) in support of a sentence modification or reduction.

The parties consent to the following addition to the conditions of supervised release: "If a viable home plan has not been approved by the United States Probation Office by the date of release from custody, the defendant shall reside in and satisfactorily participate in a residential reentry center program until an acceptable home plan is approved by the United States Probation Office, but not to exceed a period of 120 days." Defendant acknowledges he has been advised that he is entitled to a hearing before any unfavorable changes can be made to his conditions of supervised release and expressly waives his right to a hearing on this modification of the conditions of his supervised release.

The Court has reviewed the entire record, including the work history given by the Unicor Factory Manager who observed that as a result of Defendant's hard work and commitment, he was promoted to Production Clerk and worked his way to the Premium Pay Incentive Program. The Court has also carefully re-read the Presentence Investigation Report, ECF No. 36, and nothing in it suggests a 195 month sentence is insufficient or would place the community at risk.

The motion is GRANTED.

The Court agrees and finds that Amendment 821 would have the effect of lowering Defendant's criminal history score to 6 and criminal history category to III. The Court reduces and modifies Defendant's sentence to 135 months on Count 1 and 60 months on Count 2, to run consecutively to Count 1, for a total term of 195 months, subject to all the parties' stipulated conditions, including the additional condition of supervised release and the appeal waiver.

**IT IS SO ORDERED.**

Dated: November 19, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT JUDGE